UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

RONALD BLAIR, JR.,

                      Plaintiff,

                      DECISION AND ORDER
    v.                      15-CV-307A

NANCY A. BERRYHILL,
ACTING COMMISSIONER OF THE
SOCIAL SECURITY ADMINISTRATION,

                      Defendant.

        The above-referenced case was referred to Magistrate Judge Jeremiah J. McCarthy, pursuant to 28 U.S.C. § 636(b)(1)(B). On May 16, 2017, Magistrate Judge McCarthy filed a Report and Recommendation (Dkt. No. 19), recommending that plaintiff's motion for judgment on the pleadings (Dkt. No. 12) be granted, and that the Acting Commissioner's motion for similar relief (Dkt. No. 17) be denied.

        The Court has carefully reviewed the Report and Recommendation, the record in this case, and the pleadings and materials submitted by the parties, and no objections having been timely filed, it is hereby

        ORDERED, that pursuant to 28 U.S.C. § 636(b)(1), and for the reasons set forth in Magistrate Judge McCarthy's Report and Recommendation, plaintiff's motion for judgment on the pleadings is granted, and the Acting Commissioner's motion for similar relief is denied. This case shall be remanded to the Acting Commissioner for further proceedings consistent with Magistrate Judge McCarthy's Report and Recommendation.

The Clerk of Court shall take all steps necessary to close the case.

IT IS SO ORDERED.

                                      *Richard J. Arcara*
                              HONORABLE RICHARD J. ARCARA
                              UNITED STATES DISTRICT COURT

Dated: June 26, 2017